COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH

 

                                        NO.
2-10-017-CV

 

OUTBACK ACRES, LTD., WLC                                             APPELLANTS

MANAGEMENT, INC., AND

JDR INVESTMENTS, L.L.C. F/K/A

JDR ENTERPRISES, L.L.C. 

 

                                                   V.

 

C‑TEX HOMES, LTD.                                                               APPELLEE

 

                                                 AND

 

C‑TEX HOMES, LTD.                                                            APPELLANT

 

                                                   V.

 

OUTBACK ACRES, LTD., WLC                                               APPELLEES

MANAGEMENT, INC., RAE D. 

CUMMINS, DOROTHY LUPTON, 

JOHN PETER WILLIS, JDR 

INVESTMENTS, L.L.C. F/K/A JDR 

ENTERPRISES, L.L.C., LLANO 

OPERATING CORPORATION D/B/A 

NORTH TEXAS LLANO OPERATING 

CORPORATION, LLANO ROYALTY, 

LTD., AND ENDURE EXPLORATION 

COMPANY, INC.

 

                                               ----------

            FROM THE 415TH DISTRICT COURT OF
PARKER COUNTY

                                               ----------








                 MEMORANDUM
OPINION[1] AND
JUDGMENT

                                               ----------

We have
considered the parties= AJoint
Motion For Voluntary Dismissal Of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(2), 43.2(f).

Costs of
the appeal shall be paid by appellants, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER, and
WALKER, JJ.

 

DELIVERED:  March 18, 2010











[1]See Tex. R. App. P. 47.4.